

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-16-00033-CV

Michael J. **FRENCH**,
Appellant

v.

**NEW HAMPSHIRE INSURANCE COMPANY**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-15641
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:        Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Irene Rios, Justice

This court issued its mandate in this appeal on October 3, 2016. More than one year later, on October 16, 2017, Appellant Michael J. French filed a motion asking this court to transfer all the documents that were filed in this appeal to the U.S. District Court in Dallas, Texas.

This court's plenary power in this appeal has expired. *See* TEX. R. APP. P. 19.1 (plenary power period). Appellant's motion is DENIED.

It is so ORDERED on October 24, 2017.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court